UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

4699 INVESTMENT CORP.,

    Plaintiff,

v.

MARATHON PETROLEUM
COMPANY, LP,

    Defendant.

Case No. 1:22-cv-23272-DPG

## DEFENDANT MARATHON PETROLEUM COMPANY LP'S WITNESS LIST

Pursuant to the Court's Scheduling Order [ECF No. 17], Defendant Marathon Petroleum Company LP ("Marathon") hereby discloses the following witnesses that it may call at trial depending on the evidence and claims that Plaintiff seeks to present:

1. Maximo Alvarez
   1650 NW 87th Avenue
   Doral, FL 33172

2. Greg Bauske
   431 Plainville Dr.
   Westfield, IN  46037

3. Guy Beeman
   c/o counsel for Marathon

4. Clemente Cruz
   9780 NW 115th Way
   Medley, FL 33178

5. Chas DeFelice
   9780 NW 115th Way,
   Medley, FL 33178

6. Brian Detterman

      c/o counsel for Marathon

7. Thomas Dole
   One Heartland Way
   Jeffersonville, IN 47130

8. Eric Fegley
   c/o counsel for Marathon

9. Dalia Flores
   1059 Nautica Drive
   Weston, FL 33327

10. Jesus Edwin Flores
    1059 Nautica Drive
    Weston, FL 33327

11. Henry Izquierdo
    c/o counsel for Plaintiff

12. Tariq M. Rathore
    801 NW 73rd Avenue
    Hollywood, FL 33024

13. Sandra Reus
    1650 NW 87th Avenue
    Doral, FL 33172

14. Paul Kade
    2357-3 Tamiami Trail South
    Venice, FL 34293

15. Corporate Representative for 4699 Investment Corp
    c/o counsel for Plaintiff

16. Corporate Representative for BP Products North America Inc.
    501 Westlake Park Blvd.
    Houston, TX 77079

17. Corporate Representative for Heartland Payment Systems, Inc.
    One Heartland Way
    Jeffersonville, IN 47130

18. Corporate Representative for Sunshine Gasoline Distributors, Inc.
    1650 NW 87th Ave.
    Doral, FL 33178

19. Corporate Representative for Pro Energy, LLC
    9780 NW 115th Way
    Medley, FL 33178

20. Corporate Representative for Adnan Enterprises, LLC
    20040 NW 64th Place
    Hialeah, FL 33010

21. Any experts disclosed in accordance with the Court's expert disclosure deadlines
    c/o Marathon's counsel

22. Any person deposed in this action

23. To the extent necessary to address a matter discussed in a particular document, deposition, or discovery response, any persons identified in the parties' written discovery responses, documents produced by the parties, or during depositions taken in this lawsuit

24. Individuals identified by Investment Corp in its Rule 26(a)(1) Initial Disclosures or other witness disclosures

25. Any other experts retained by any party that may be disclosed in accordance with any applicable rules or applicable law.

26. Records custodians as needed for trial exhibits or documents introduced at trial

27. Individuals required for rebuttal or impeachment

Marathon expressly reserves the right to supplement or modify its witness and exhibit list pursuant to the Court's Scheduling Order, the Court's local rules, or applicable law as information is identified during the course of discovery or its fact investigation.

Dated: February 7, 2023.

Respectfully submitted,

*/s/ Sarah E. Morgado*
Sarah E. Morgado
Florida Bar No. 1026053
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone: (305) 714-9700
Fax: (305) 714-9799
Email: smorgado@jonesday.com

Jeffrey J. Jones
(*admitted pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel: (313) 733-3939
Fax: (313) 230-7997
Email: jjjones@jonesday.com

*Attorneys for Marathon Petroleum Company LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

*/s/ Sarah E. Morgado*
Sarah E. Morgado